# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

APR 1 2 2006

DAVID J. MALAND, CLERK
BY
DEPUTY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| vs. | § | Case No. 4:03cr179 |
| | § | (Judge Brown) |
| CHARLES AUSTIN COLE | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the above-referenced criminal action, this Court having heretofore referred the request for revocation of Defendant's supervised release to the United States Magistrate Judge for proper consideration. The Court has received the report of the United States Magistrate Judge pursuant to its order.

As no objections have been filed by either party, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct. Therefore, the Court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of the Court. It is, therefore,

**ORDERED** that the Magistrate Judge's Report is **ADOPTED** as the opinion of the Court. It is further

**ORDERED** that Defendant's supervised release is hereby **MODIFIED** as follows:

> Defendant shall be placed on home detention for the duration of his term of supervised release, to commence immediately. During this time, Defendant shall remain at his place of residence except for activities approved in advance by the U.S. Probation Officer.

1

Defendant shall maintain a land-based telephone at his residence without call-forwarding, a modem, caller ID, call waiting, or cordless capabilities. At the direction of the probation officer, Defendant shall wear an electronic monitoring device and follow the electronic monitoring procedures specified by the probation officer. Defendant shall pay the cost of electronic monitoring.

SIGNED this 12th day of April, 2006.

PAUL BROWN
UNITED STATES DISTRICT JUDGE